UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CATHERINE WADE,

    Plaintiff,

v().                                  Case No.:  3:25cv194/MCR/ZCB

UNIVERSAL PROPERTY &
CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on October 14, 2025, recommending dismissal without prejudice for the failure to effect service. *See* ECF No. 19. The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed a timely objection, ECF No. 20, and an untimely objection, ECF No. 23, as well as a "Motion Release of All Claims," ECF No. 21, and a "Motion to Supplement Report," ECF No. 22. The Court has considered the record and made a *de novo* determination of all objections. Plaintiffs' filings indicate that she believes service has been perfected but no proper proof of service appears on the record, despite the Clerk having mailed her the

summons and the October 14, 2025, Report and Recommendation having set out explicitly the manner by which a corporation can be served under federal and Florida law.  Plaintiff's objections do not show that she complied with that process, and the record still does not reflect that proper service has been effected.  Even Plaintiff's subsequently filed motions and the latest untimely objection rely on her initial ineffective attempts at service and prematurely argue the merits of her claim.  Having considered the Report and Recommendation, and the subsequently filed objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 19, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 4(m) because Plaintiff has failed to timely serve Defendant.

3. All pending motions are **DENIED** as moot.

4. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 20th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**